FILED: August 28, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4025
(1:12-cr-00191-CCE-1)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

UMBERTO ALMAZAN RUBIO

      Defendant - Appellant

_____

O R D E R

_____

The court grants counsel's motion to withdraw from further representation.

Entered at the direction of the panel: Judge Gregory, Judge Agee and Judge Floyd.

For the Court

/s/ Patricia S. Connor, Clerk